HELEN MANZ, complainant-respondent,

*v.*

TENAFLY TRUST COMPANY, defendant-respondent; GEORGE MANZ, executor, &c., defendant-appellant.

[Argued May term, 1936. Decided October 2d, 1936.]

*Mr. Joseph F. Kearney* and *Mr. Vincent M. Rotolo,* for the defendant-appellant.

*Messrs. Gaudielle & Shuart, Mr. Edward Thomas Moore, Mr. Joseph H. Gaudielle* and *Mr. James A. Major,* for the complainant-respondent.

*Messrs. Seufert & Elmore,* for Tenafly Trust Company.

PER CURIAM.

The appeal is from a decree in the court of chancery holding that John Manz in his lifetime had made to the complainant a valid gift of the moneys on deposit to his credit in the defendant trust company. The proofs examined clearly support the findings of the court.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.